In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00331-CR**
**NO. 09-18-00332-CR**

_____

**JUSTIN THOMAS BROOKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 260th District Court**
**Orange County, Texas**
**Trial Cause Nos. D150435-R and D160375-R**

**MEMORANDUM OPINION**

On August 7, 2018, the trial court sentenced Justin Thomas Brooks on two convictions for injury to a child. Thomas filed notices of appeal on August 27, 2018. In each case, the trial court signed a certification in which the court certified that this is a plea-bargain case, the defendant has waived the right of appeal, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certifications to the Court of Appeals. On August 29,

1

2018, we notified the parties that we would dismiss the appeals unless the appellant established grounds for continuing the appeals. No response has been filed. Because the trial court's certifications show the defendant does not have the right of appeal, we must dismiss the appeals. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeals.

APPEALS DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on October 2, 2018
Opinion Delivered October 3, 2018
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.